C-13-12(e)
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: ) | |
|    **Heather Holt** ) | |
| ) | **APPLICATION FOR BASE FEE** |
| ) | **ELECTRONICALLY FILED** |
| ) | **CHAPTER 13** |
| ) | |
| ) | |
| ) | |
| ) | Case No: _____ |
|    Debtor(s) ) | |

NOW COMES the undersigned attorney for the Debtor(s), and makes application for payment of attorney fees.

The undersigned prepared the petition, schedules and plan and has represented the Debtor(s) in all proceedings in this matter.

The undersigned believes that $ __3,700.00__ is a fair and reasonable fee for services to the Debtor(s) and has received from the Debtor(s) $ __0.00__ , with $ __3,700.00__ remaining to be paid.

No agreements have been made and no understanding exists for a division of fees between the undersigned and the Trustee or between the undersigned and the Debtor(s).

No compensation has been paid or promised and no property has been transferred or promised to the undersigned as compensation for services rendered or to be rendered in connection with this case, other than as set forth herein. Except as specially noted hereon, the undersigned has neither shared nor agreed to share compensation with any other person other than the members or regular associates of the law firm with which the undersigned is associated.

WHEREFORE, the undersigned prays that an Order be entered allowing a fee of $ __3,700.00__ , with the balance of $ __3,700.00__ to be paid through the disbursements by the Trustee.

Date:  **October 16, 2015**                                        /s/ Brent C Wootton
                                                                                **Brent C Wootton**
                                                                                Attorney for Debtor(s)

                                                                                **34300**
                                                                                State Bar Code No.

CERTIFICATE OF MAILING

This is to certify that I have this day served a copy of the Application For Base Fee on the Chapter 13 Trustee.

Date:  **October 16, 2015**                                        /s/ Brent C Wootton
                                                                                **Brent C Wootton 34300**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy